IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02893-REB-MEH

MATTHEW R. HANNON,

    Plaintiff,

v.

GSS ENTERPRISES, LLC, a Delaware limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 10, 2012.**

    Plaintiff's Stipulated Motion to Amend Caption [filed January 9, 2012; docket #8] is **granted**. The Clerk of the Court is directed to amend the docket to reflect the proper name of Defendant, which is GSS Enterprises, LLC, a Delaware limited liability company.