IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02893-REB-MEH

MATTHEW R. HANNON,

    Plaintiff,

v.

GSS ENTERPRISES, LLC, a Delaware limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2012.**

    The Joint Motion for Entry of the Stipulated Protective Order [filed January 20, 2012; docket #14] is **denied without prejudice** and the proposed Stipulated Protective Order [docket #15] is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), which requires the party seeking protection, rather than disclosure, to file an appropriate motion with the Court. *See id.* at 388-89.