IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02893-REB-MEH

MATTHEW R. HANNON,

      Plaintiff,

v.

GSS ENTERPRISES, LLC, a Delaware limited liability company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2012.**

      The Joint Motion for Entry of the Stipulated Protective Order [filed January 26, 2012; docket #20] is **granted in part and denied in part**.[1]  The proposed Stipulated Protective Order is accepted as modified, issued and filed contemporaneously with this minute order.

---

      [1] Paragraph 14 of the proposed Stipulated Protective Order was partially redacted to reflect the Court's view on continuing jurisdiction.